**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jermaine Garfield KERR,**
**Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**Jermaine Garfield Kerr, Defendant–**
**Appellant.**

**Nos. 09–12183, 09–12184**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 9, 2010.

Gerald S. Bettman, Jacksonville, FL, for
Defendant-Appellant.

Peggy Morris Ronca, Orlando, FL, for
Plaintiff-Appellee.

Before BARKETT, HULL and COX,
Circuit Judges.

PER CURIAM:

Gerald S. Bettman, appointed counsel
for Jermaine Garfield Kerr in these two
direct criminal appeals, has moved to with-
draw from further representation of the
appellant in both cases and filed a brief
pursuant to *Anders v. California,* 386 U.S.
738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).
Our independent review of the entire rec-
ord reveals that counsel's assessment of
the relative merit of the appeals is correct.

Because independent examination of the
entire record reveals no arguable issues of
merit, counsel's motion to withdraw from
both appeals is **GRANTED,** and Kerr's
convictions and sentences are **AF-**
**FIRMED.**